1

2

3                                                          **O**

4                                                    <mark>NO JS-6</mark>

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   MATTHEW DOWD; PETER DEMIAN;   )   Case No. CV 09-06731 DDP (SSx)
     EDWARD LA GROSSA; ANTHONY     )
12   BROWN; NATHAN PINO, WILLIE    )   **ORDER GRANTING DEFENDANT'S EX**
     LEE TURNER; DAVID ZUMA DOG    )   **PARTE APPLICATION TO DISMISS**
13   SALTSBURG; THOMAS BURRUM      )   **PLAINTIFF THOMAS BURRUM JNR.**
     JNR; MARVIN SIMS; JESSE       )
14   BROWN; LOUIE GARCIA; RENE     )   [Docket No. 82]
     CASTRO,                       )
15                                 )
                    Plaintiffs,    )
16                                 )
         v.                        )
17                                 )
                                   )
18   CITY OF LOS ANGELES, a        )
     municipal corporation,        )
19                                 )
                    Defendant.     )
20                                 )
     _____ )
21

22        Presently before the court is Defendant City of Los Angeles'

23   Ex Parte Application to Dismiss Plaintiff Thomas Burrum Jnr.

24   ("Burrum") from this Case ("Application").  No party has filed any

25   opposition to the Application.

26        Having reviewed Defendant's Application, the court finds that

27   Burrum has failed to comply with the Central District of California

28   Local Rules ("Local Rules") and the Federal Rules of Civil

Procedure ("Federal Rules").  Specifically, Burrum has not provided the court or Defendant with a valid, current address, or responded to any of Defendant's discovery requests.  Instead, notices and documents mailed to Burrum have been returned as undeliverable.

Accordingly, the court finds that dismissal is appropriate under Federal Rule 41(b) and Local Rule 41-6.  The court therefore GRANTS Defendant's Application and dismisses Plaintiff Thomas Burrum Jnr. from this action.

IT IS SO ORDERED.

Dated:June 11, 2012

DEAN D. PREGERSON
United States District Judge