Carmen A. Trutanich, City Attorney (SBN 86629)
Gary G. Geuss, Chief Assistant Attorney (SBN 129022)
Laurie Rittenberg, Managing Assistant City Attorney (SBN 106683)
200 North Main Street, Room 916
Los Angeles, CA 90012-4129
Telephone: (213) 473-6870
Facsimile: (213) 473-6818

Deborah J. Fox (SBN 110929)
Dawn A. McIntosh (SBN 162713)
MEYERS, NAVE, RIBACK, SILVER & WILSON
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 626-2906
Facsimile: (213) 626-0215
dfox@meyersnave.com
dmcintosh@meyersnave.com

Attorneys for Defendant
CITY OF LOS ANGELES

FILED
CLERK, U.S DISTRICT COURT
JUL 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DOWD, an individual; PETER DEMIAN, an individual; EDWARD LA GROSSA, an individual; ANTHONY BROWN, an individual; NATHAN PINO, an individual; WILLIE LEE TURNER, an individual; DAVID "ZUMA DOGG" SALTSBURG, an individual; THOMAS BURRUM JNR, an individual; MARVIN SIMS, an individual; JESSE BROWN, an individual; LOUIE GARCIA, an individual; RENE CASTRO, an individual, <br><br>  Plaintiffs,<br>  v.<br><br>CITY OF LOS ANGELES, a municipal corporation<br>  Defendant. | CASE NO. CV09-06731-DDP(SS)<br>[Filed: September 16, 2009]<br><br>[~~PROPOSED~~] PROTECTIVE ORDER RE INCOME TAX RETURNS |

ORDER

Pursuant to Stipulation of the parties, and good cause having been shown, it is the Order of this Court:

Plaintiffs Matthew Dowd, Peter Demian and Anthony Brown will produce their income tax returns from 2005 to the present and all such records shall be covered by the Parties' Stipulation for Protective Order. The use of such records and reports arising from the production shall be kept confidential and used solely in connection with the preparation for trial and trial of this action. The use of such documents and records shall follow the procedures set forth in the Stipulation.

DATED: 7/10, 2012        _____
HON. SUZANNE H. SEGAL
Magistrate Judge of the United States District Court,
Central District of California

1929064.1
827.027

---

1

[PROPOSED] PROTECTIVE ORDER RE INCOME TAX RETURNS