O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DOWD; PETER DEMIAN; EDWARD LA GROSSA; ANTHONY BROWN; NATHAN PINO, WILLIE LEE TURNER; DAVID ZUMA DOG SALTSBURG; THOMAS BURRUM JNR; MARVIN SIMS; JESSE BROWN; LOUIE GARCIA; RENE CASTRO,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF LOS ANGELES, a municipal corporation,<br><br>　　　　　Defendant. | Case No. CV 09-06731 DDP (SSx)<br><br>ORDER FOR JOINT STATEMENTS |

　　The court orders the parties to <u>meet and confer in person</u> to produce joint briefing on the incidents to be considered with respect to Plaintiffs' as-applied challenge to the City Council Rules of Decorum.

　　<u>For each separate incident, the parties shall submit a Joint Statement with two attachments</u>, including:

　　(1) A <u>separate and consecutive number</u> to identify the
　　　　incident,

(2) The <u>calendar date and time</u> of the incident,

(3) Any and all <u>previously submitted evidence</u> pertaining to that incident, including the relevant declaration(s) and/or exhibit(s), identified clearly and precisely,

(4) For video evidence, the <u>time codes</u> of the beginning and ending of the incident,

(5) A <u>transcript</u> of the incident, and

(6) <u>Any other information</u> necessary for the court to identify the incident.

(7) <u>For each incident, as an attachment to the joint statement regarding that incident, each party shall attach a separate position paper, not to exceed two pages in length</u>, detailing why the conduct in the given incident complies with or fails to comply with the Constitution.

(8) The parties shall make every effort to come to an agreement on the set of particular incidents the court will consider, but if after a good faith attempt the parties cannot agree on whether the court should consider a given incident, the parties shall prepare full briefing on that incident and include their reasons why the incident should or should not be considered by the court.  The position papers on disputed incidents shall not exceed three pages for each party.

(9) The Joint Statement for each incident shall be captioned "<u>Joint Statement on Incident No. [insert incident#]</u>."

(10) The attachments to each Joint Statement shall be captioned, "<u>[Plaintiffs'/Defendant's] Position on Incident No.[insert incident number]</u>."

<u>Failure to identify an incident and its evidence with clarity and precision may result in sanctions</u>, including the dismissal of the claim or striking of a defense related to the incident.

<u>Each incident's Joint Statement with its two attachments shall be filed separately as a distinct entry on the docket</u>.

All filings shall be made no later than <u>January 28, 2013</u>.

IT IS SO ORDERED.


Dated: January 15, 2013

DEAN D. PREGERSON
United States District Judge