```
 1
 2
 3                                                                  O
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  MATTHEW DOWD; PETER DEMIAN;   )  Case No. CV 09-06731 DDP (SSx)
    EDWARD LA GROSSA; ANTHONY     )
12  BROWN; NATHAN PINO, WILLIE    )  ORDER GRANTING DEFENDANT'S MOTION
    LEE TURNER; DAVID ZUMA DOG    )  TO DISMISS PLAINTIFF JESSE BROWN
13  SALTSBURG; THOMAS BURRUM      )
    JNR; MARVIN SIMS; JESSE       )  [Docket No. 288]
14  BROWN; LOUIE GARCIA; RENE     )
    CASTRO,                       )
15                                )
                 Plaintiffs,      )
16                                )
         v.                       )
17                                )
                                  )
18  CITY OF LOS ANGELES, a        )
    municipal corporation,        )
19                                )
                 Defendant.       )
20                                )
    _____)
21
```

22    Presently before the court is Defendant City of Los Angeles'
23 motion dismiss Plaintiff Jesse Brown from this case. No party has
24 filed any opposition to the motion.
25    Having reviewed Defendant's motion, the court finds that Brown
26 has failed to comply with the Central District of California Local
27 Rules ("Local Rules") and the Federal Rules of Civil Procedure
28 ("Federal Rules"). Specifically, Brown has not provided the court

or Defendant with a valid, current address. He has also failed to appear for his deposition on two occasions. Mr. Brown has not been represented by counsel in this action since September 25, 2012 when the court granted an application by his former counsel, Stephen F. Rohde, to withdrawal as counsel. (DKT No. 234.) In granting the application, the court noted Mr. Rodhe's representation that "[d]espite my best efforts in reaching out to other Plaintiffs, none of them has a mailing address for [Jesse Brown,] only an email, to which he has not responded in several months." (Id.) Brown has not participated in this case since attorney Rodhde's withdrawal.

Accordingly, the court finds that dismissal is appropriate under Federal Rule 41(b) and Local Rule 41-6. The court therefore GRANTS Defendant's motion and dismisses Plaintiff Jesse Brown from this action.

IT IS SO ORDERED.

Dated: January 7, 2014

DEAN D. PREGERSON
United States District Judge