FILED
CLERK, U.S. DISTRICT COURT
FEB 10 2014
2-10-14
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DOWD; PETER DEMIAN; EDWARD LA GROSSA; ANTHONY BROWN; NATHAN PINO, WILLIE LEE TURNER; DAVID ZUMA DOG SALTSBURG; THOMAS BURRUM JNR; MARVIN SIMS; JESSE BROWN; LOUIE GARCIA; RENE CASTRO<br><br>PLAINTIFF(S),<br>v.<br>CITY OF LOS ANGELES, a municipal corporation<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 09-06731 SS<br><br>JUDGMENT ON THE VERDICT<br>FOR PLAINTIFF(S) |

This action having been tried before the Court sitting with a jury, the Honorable Suzanne H. Segal, Chief Magistrate Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

Dated: February 10, 2014

CLERK, U.S. DISTRICT COURT

John A. Chambers, Deputy Clerk