**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW DOWD, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES,<br><br>         Defendant. | Case No. CV 09-06731 SS<br><br><br>**JUDGMENT ON JURY VERDICT** |

On January 30, 2014, this matter came on regularly for trial in accordance with the Court's Order on the parties' cross-motions for summary judgment. This action was tried by a jury with United States Magistrate Judge Suzanne H. Segal presiding. A duly sworn and instructed jury of seven persons rendered a General Verdict with Answers to Written Questions on February 10, 2014 for Plaintiffs and against the City of Los Angeles in the following amounts:

\\

\\

\\

```
     For MATTHEW DOWD:                              $2.00

     For PETER DEMIAN:                              $1.00

     For EDWARD LA GROSSA:                          $1.00

     For ANTHONY BROWN:                             $1.00

     For NATHAN PINO:                               $1.00

     For DAVID "ZUMA DOGG" SALTSBURG:               $2.00

     For LOUIE GARCIA:                              $1.00

     For RENE CASTRO:                               $1.00
```

IT IS HEREBY ORDERED that judgment in the above-entitled case shall be entered in favor of Plaintiffs Dowd, Demian, La Grossa, Brown, Pino, Saltsburg, Garcia and Castro (1) in the above amounts, and (2) in accordance with the Court's August 7, 2013 Order, (Dkt. No. 287), on the claims on which Plaintiffs prevailed on summary judgment.  Plaintiffs may file a Motion for Attorney's Fees and Costs no later than March 10, 2014.

IT IS SO ORDERED.

DATED: February 27, 2014

/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE